# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D2023-3655
Lower Tribunal No. 23MM-004576LD

_____

JAMES SCOTT FOUGEROUSSE,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal from the County Court for Polk County.
Kevin M. Kohl, Judge.

August 6, 2024

PER CURIAM.

AFFIRMED.

TRAVER, C.J., and STARGEL, J., and LAMBERT, B.D., Associate Judge, concur.


Howard L. "Rex" Dimmig, II, Public Defender, and Andrea M. Norgard, Assistant Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Taylor A. Schell, Assistant Attorney General, Tampa, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED